Lanekia Monique Jones | Cr 0622262
Name and Prisoner/Booking Number

Estrella Detention Facility
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, AZ 85009
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

✓ FILED ___ LODGED
___ RECEIVED ___ COPY
JAN 04 2024
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Lanekia Monique Jones,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Paul Penzone et al,
(Full Name of Defendant)

(2) Clint Hickman,

(3) Dawn Noggle,

(4) ,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

**CASE NO.** CV-24-00027-PHX-ROS (ASB)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: Estrella Detention Facility Phoenix, Arizona, 85009

3.

**550/555**

## B. DEFENDANTS

1. Name of first Defendant: Paul Penzone. The first Defendant is employed as: Maricopa County Sheriff at Estrella Detention Facility.
(Position and Title) (Institution)

2. Name of second Defendant: Clint Hickman. The second Defendant is employed as: Director of Board of Supervisors at Estrella Jail.
(Position and Title) (Institution)

3. Name of third Defendant: Dawn Noggle. The third Defendant is employed as: Estrella Detention Facility at Phoenix, AZ.
(Position and Title) (Institution)

4. Name of fourth Defendant: ______. The fourth Defendant is employed as: ______ at ______.
(Position and Title) (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☐ Yes ☑ No

2. If yes, how many lawsuits have you filed? 0. Describe the previous lawsuits:

a. First prior lawsuit:
   1. Parties: N/A v. ______
   2. Court and case number: ______.
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) ______.

b. Second prior lawsuit:
   1. Parties: N/A v. ______
   2. Court and case number: ______.
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) ______.

c. Third prior lawsuit:
   1. Parties: N/A v. ______
   2. Court and case number: ______.
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) ______.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: Eighth & fourteenth amendments

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

☒ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
☐ Excessive force by an officer ☐ Threat to safety ☐ Other:

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

Plantiff names Maricopa County Sheriff Paul Penzone, Board of Supervisors, Director Clint Hickman & Director of CHS Dawn Noggle in her complaint and seeks monetary damages. Plaintiff alleges Penzone, Hickman & Noggle knowingly housed her in a building that since 2017 has been condemned due to the asbestos galvanized pipes, and black mold. The defendants made intentional decisions with respect to the conditions in which the plaintiff was housed. Those decisions put the plaintiff at serious & substantial risk of suffering physical & mental harm. By not taking proper measures the defendants caused injuries to the plaintiff physical & mental health. That is negligence on their part.

The air vents, showers, windows, kitchens water, food all contain black mold which plaintiff is forced to inhale and digest daily

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

Health Conditions - Stress, hair loss, respiratory, sinus, nose bleeds, headaches

5. **Administrative Remedies:**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No

b. Did you submit a request for administrative relief on Count I? ☐ Yes ☒ No

c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☒ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. We have repeatedly asked for proper ppe & cleaning supplies and were denied there was even a problem involving black mold & asbestos

**COUNT II**

1. State the constitutional or other federal civil right that was violated: 1997.; title : 42 Requesting standards of care.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

- ☐ Basic necessities
- ☐ Mail
- ☐ Access to the court
- ☒ Medical care
- ☐ Disciplinary proceedings
- ☐ Property
- ☐ Exercise of religion
- ☐ Retaliation
- ☐ Excessive force by an officer
- ☐ Threat to safety
- ☐ Other: __________

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

The standards of care are not upto the correct standards due to being sick, because of the mold.
The medical team does not have the correct equipment, in order to diagnose of any treatment, of the mold induced respiratory problems, I have been dealing with.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

Respiratory on going problems and long-term effects

5. **Administrative Remedies.**
   1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   2. Did you submit a request for administrative relief on Count II? ☐ Yes ☒ No
   3. Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☒ No
   4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Due to Retaliation to inmates.

**COUNT III**

1. State the constitutional or other federal civil right that was violated: 1997 n, Title 42

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

☒ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
☐ Excessive force by an officer ☐ Threat to safety ☐ Other:

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

Not using funds that were issued to Estrella jail, to relocate inmates to a safe, clean habital environment with out Black Mold.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

Being Housed in a Builing that has Extreme amounts of Black mold that is causing me Respiratory issues and Long-term effects.

5. **Administrative Remedies.**

1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
2. Did you submit a request for administrative relief on Count III? ☒ Yes ☐ No
3. Did you appeal your request for relief on Count III to the highest level? ☐ Yes ☐ No
4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Staff retaliation towards Complaints

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

## E. REQUEST FOR RELIEF

State the relief you are seeking:

Plaintiff is seeking relief for injuries while at Estrella Detention facility violating her Eighth & fourteenth admendments as well as negligence in the amount of

$ 75,000

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/12/23
DATE

[signature]
SIGNATURE OF PLAINTIFF

Reserve all Rights / waive non exempt
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney=s address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# MARICOPA COUNTY SHERIFF'S OFFICE
# INMATE LEGAL SERVICES

# CERTIFICATION

I hereby certify that on this date ______ **December 28, 2023** ______

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

___ Hon ______________________ United States District Court, District of Arizona.

___ Hon ______________________ United States District Court, District of Arizona.

___ Attorney General, State of Arizona, ______________________

___ Judge ______________________ Superior Court, Maricopa County, State of Arizona.

___ County Attorney, Maricopa County, State of Arizona ______________________

___ Public Defender, Maricopa County, State of Arizona ______________________

___ Attorney ______________________

___ Other ______________________

___ ______________________

___ ______________________

______________________ **A7879**
Legal Support Specialist Signature S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009